# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

KARREN M. ABEL                                                                               PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:09cv327 TSL-FKB

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## **O R D E R**

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge F. Keith Ball, and the court, having fully reviewed the report and recommendation entered in this cause on March 2, 2011, along with plaintiff's objections thereto, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on March 2, 2011, be, and the same is hereby adopted as the finding of this court, that plaintiff's [9] motion for summary judgment should be denied, and the [14] motion to affirm decision of the Commissioner should be granted.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 22nd day of March, 2011.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE